# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendant. | Case No. CV 17-2380-SVW (RAO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 11, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE